UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYESHINA SYKES,<br><br>           Plaintiff,<br><br>     v.<br><br>DONALD JAMES SHEA, et al.,<br><br>           Defendants. | No. 2:16-cv-02851 WBS GGH<br><br><br>ORDER |

     Counsel in this case have again requested a change in the deadline for disclosure of experts and production of expert reports pursuant to the requirements of Federal Rule of Civil Procedure 26(c). By this stipulation they seek to move the disclosure deadline from July 7 and July 9, 2017 as it appears in the Scheduling Order, dated April 4, 2017, ECF No. 8 at 2:21-23, and later as modified, to September 8 and September 9, 2017. They further propose that the cut-off for deposition of experts be moved from October 7 to October 31, 2017, with expert discovery to be completed on or before November 14, 2017 rather than August 2, 2017. Id. at 2:27-3:9.

     The court is inclined to extend the deadlines as requested in the Stipulation *if and only if* the parties file an additional stipulation stating unequivocally that there will be no dispositive motions filed that rely on expert testimony in any fashion insofar as the cutoff for filing dispositive motions is, according to the court's Scheduling Order, October 2, 2017 – before the parties indicate that expert discovery will be completed.

1

In light of the foregoing IT IS THEREFORE ORDERED THAT:

The parties' stipulation to extend cut-off dates with regard to experts will be held in abeyance unless and until the parties stipulate in conformity with the substance of this Order.

**IT IS SO ORDERED**.

Dated: August 15, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE