UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYESHINA SYKES, | No. 2:16-cv-2851 WBS GGH |
| Plaintiff, | |
| v. | ORDER |
| DONALD JAMES SHEA, et al., | |
| Defendants. | |

On August 9, 2017 the parties to this action stipulated to extend the cut-off dates for expert discovery to a date that went beyond the date for final motions. ECF No. 11. This court responded with an August 15, 2017 Order that rejected the stipulation unless the parties stipulated that no dispositive motion would be filed in the case that relied upon expert testimony. ECF No. 13. The parties have now executed the stipulation required by that Order.

In light of the foregoing IT IS HEREBY ORDERED that:

1. The disclosure of experts shall occur no later than August 17, 2017 and rebuttal reports shall be served on or before September 15, 2017;

2. The cut-off date for depositions of experts is hereby extended to October 13, 2017;

3. Expert discovery shall be completed not later than October 31, 2017;

////

////

4. All other elements of the Pretrial Scheduling Order issued by the District Court on April 4, 2017, remain in full force and effect.

SO ORDERED.

Dated: August 18, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE