UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYESHINA SYKES, an individual; and J.S, by and through her guardian ad litem TYESHINA SYKES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD JAMES SHEA, an individual; KUNKEL TRUCK LINES, INC., a South Dakota Corporation, and DOES 1-30,<br><br>Defendants. | No. 2:16-cv-02851-WBS-GGH<br><br>ORDER |

Counsel for the parties to this action have submitted a stipulation and proposed order to continue the deadline to disclose experts and produce expert reports. The court, having reviewed the stipulation and good cause being shown, hereby ORDERS that the disclosure of expert and produce expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall occur no later than September 15, 2017. All other dates remain as currently calendared and the remaining elements of the Pretrial Scheduling Order issued by the District court on April 4, 2017, ECF No. 8, remain in full force and effect.

Counsel are reminded that in seeking an Order pursuant to stipulation they are required to submit a copy in Word format directly to the District or Magistrate Judge to whom the order is directed. E.D.Cal. Local Rule 137(b).

1

No further modifications to the Scheduling Order, insofar as discovery or expert discovery is involved, will be approved.

**IT IS SO ORDERED**.

Dated: September 12, 2017

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE
