# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

TYESHINA SYKES, an individual; andJ.S, by and through her guardian ad litemTYESHINA SYKES, an individual,

Plaintiffs,

v.

DONALD JAMES SHEA, an individual;KUNKEL TRUCK LINES, INC., a SouthDakota Corporation, and DOES 1-30,

Defendants.

No. 2:16-cv-02851-WBS-GGH

ORDER

Currently pending before the court is Defendants Kunkel Truck Lines, Inc. and Donald James Shea's Motion to Amend the Pretrial Scheduling Order (ECF No. 39). However, upon review of the record, a final pretrial order has been issued which "controls the subsequent course of the action." ECF No. 45 at 9. Accordingly, IT IS HEREBY ORDERED the Motion to Amend the Pretrial Scheduling Conference, ECF No. 39, is DENIED as moot and the hearing date set for January 4, 2018 is hereby VACATED

IT IS SO ORDERED.

Dated: December 27, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE