# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| TYESHINA SYKES, an individual; and J.S., by and through her guardian ad litem TYESHINA SYKES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD JAMES SHEA, an individual; KRUNKEL TRUCK LINES, INC., a South Dakota Corporation; and DOES 1-30;<br><br>Defendants. | CASE NO.: 2:16-cv-02851-WBS-GGH<br>Hon. William B. Shubb<br><br>**ORDER RE: JOINT REQUEST FOR MODIFICATION TO THE DECEMBER 18, 2017 PRETRIAL ORDER** |

**ORDER**

The Court having read the Joint Request for Modification to the December 18, 2017 Pretrial Order and good cause appearing therefore, IT IS HEREBY ORDERED that the following modifications to the December 18, 2017 Final Pretrial Order shall be effective immediately:

i. The parties shall contact Magistrate Judge Delaney's courtroom deputy clerk for an earlier Settlement Conference date.

ii. No later than twelve court days before the trial, the Parties shall submit a joint statement of the case to be read to the jury.

iii. No later than twelve court days before the trial date, counsel for plaintiffs shall lodge and serve, pursuant to Local Rule 163, copies of all jury instructions that plaintiffs request be given on plaintiffs' claims. At that time, counsel for plaintiffs shall also file and serve a copy of a proposed form of verdict.

iv. No later than five court days before the trial date, counsel for defendants shall file and serve any objections to the instructions proposed by plaintiffs. At the same time, counsel for defendants shall lodge and serve, pursuant to Local Rule 163, copies of any and all jury instructions not already proposed by plaintiffs, which defendants request be given. Also at that time, counsel for defendants shall file and serve a copy of any proposed form of verdict and shall also file any objections to plaintiffs' proposed form of verdict.

v. No later than eighteen calendar days before the trial date, counsel for each party shall file and serve a statement designating all answers to interrogatories and all portions of depositions intended to be offered or read into evidence, with the exception of

portions to be used only for impeachment or rebuttal.

**IT IS SO ORDERED.**

**Dated:  December 27, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE