**BANAFSHEH, DANESH & JAVID, PC**
SHAWN J. McCANN, ESQ. [SBN 227553]
sm@bhattorneys.com
LAUREN E.S. HORWITZ, ESQ. [SBN 271858]
lh@bhattorneys.com
NORMANDY KIDD, ESQ. [SBN 303921]
nk@bhattorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone: (310) 887-1818
Facsimile: (424) 290-8284

Attorneys for Plaintiffs, TYESHINA SYKES and J.S.,
by and through her guardian ad litem JOHNNY NASH,


J. STEPHANIE KRMPOTIC, SBN 128671
LEEH A. DIBELLO, SBN 214349
**LOW, BALL & LYNCH**
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:    (415) 981-6630
Facsimile:    (415) 982-1634
jskrmpotic@lowball.com

Attorneys for Defendants and Counter-Claimants, DONALD JAMES SHEA,
an individual and KUNKEL TRUCK LINES, INC., a South Dakota Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| TYESHINA SYKES, an individual; and J.S., by and through her guardian ad litem JOHNNY NASH, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>DONALD JAMES SHEA, an individual; KUNKEL TRUCK LINES, INC., a South Dakota Corporation; and DOES 1-30;<br><br>    Defendants. | CASE NO.: 2:16-cv-02851-WBS-GGH<br>Hon. William B. Shubb<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ALLOW AN ADDITIONAL 30 DAYS TO FILE MINOR'S COMPROMISE PAPERWORK** |

---

**STIPULATION AND [PROPOSED] ORDER TO ALLOW AN ADDITIONAL 30 DAYS TO FILE MINOR'S COMPROMISE PAPERWORK**

1

Plaintiffs Tyeshina Sykes and J.S. ("Plaintiffs"), and Defendants Donald James Shea and Kunkle Truck Lines, Inc. ("Defendants"), by and through their respective counsel, hereby agree and stipulate as follows:

1. On January 16, 2018 the parties attended a settlement conference before Magistrate Judge Carolyn K. Delaney. The parties reached a settlement, including a settlement with minor Plaintiff, J.S. The Court ordered that the parties are to submit minor's compromise for approval within 60 days. [Docket No. 54]. Sixty days after this hearing falls on March 17, 2018.

2. Pursuant to the Eastern District Court Local Rules, Rule 202(b)(1), Plaintiffs reserved a hearing date with Department 22 of the Sacramento Superior Court for initial state court approval of the Minor's Compromise as Plaintiff J.S.' guardian ad litem, Johnny Nash, was appointed by the Sacramento Superior Court prior to Defendants' removal of this action to the Eastern District Federal Court. [Docket No. 1].

3. Department 22 of the Sacramento Superior Court has advised Plaintiffs' counsel that the Minor's Compromise cannot be heard until March 23, 2018 at 9:00 a.m. Plaintiffs' counsel thereafter reserved this date. This date falls after the 60 day deadline to file the Minor's Compromise for approval in the Eastern District Federal Court.

4. The parties request that the deadline to submit the Minor's Compromise paperwork to the Eastern District Federal Court should be extended by 30 days, so as to allow time for the Sacramento Superior Court to approve the Minor's Compromise before filing these documents with the Eastern District Court. **The parties agree that the new deadline to file the Minor's Compromise paperwork shall be April 16, 2018.**

BANAFSHEH, DANESH & JAVID, PC
9701 Wilshire Blvd., 12th Floor
Beverly Hills, California 90212
Phone: (310) 887-1818  Facsimile: (424) 290-8284

**THEREFORE THE PARTIES AGREE AND STIPULATE** to continue the deadline to submit the minor's compromise for approval 30 days, making the new deadline, April 16, 2018.

**The parties herein agree this stipulation may be signed in counterparts.**

DATED: March 13, 2018  **BANAFSHEH, DANESH & JAVID, PC**

By _____
SHAWN J. McCANN
LAUREN E.S. HORWITZ
NORMANDY KIDD
Attorneys for Plaintiffs and Counter-Defendant
Tyeshina Sykes

DATED: March 13, 2018  **LOW, BALL & LYNCH**

By _____
J. STEPHANIE KRMPOTIC
LEEH A. DIBELLO
Attorneys for Defendants
DONALD JAMES SHEA, an individual and
KUNKEL TRUCK LINES, INC., a South Dakota
Corporation

**ORDER**

The Court having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the deadline to submit the minor's compromise for approval by the Eastern District Court has been extended 30 days, making the new deadline, April 16, 2018.

**IT IS SO ORDERED.**

Dated: March 14, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BANAFSHEH, DANESH & JAVID, PC
9701 Wilshire Blvd., 12th Floor
Beverly Hills, California 90212
Phone: (310) 887-1818 Facsimile: (424) 290-8284