SHAWN J. McCANN, SBN 227553
LAUREN E.S. HORWITZ, SBN 271858
NORMANDY KIDD, SBN 303921
BANAFSHEH DANESH & JAVID, PC
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, CA 90212
Tel.: 310-887-1818
Fax: 310-887-1880
sm@bhattorneys.com
lh@bhattorneys.com
nk@bhattorneys.com

Attorneys for Plaintiff/Cross-Defendant
TYESHINA SYKES, an individual, and Plaintiff JLS, by and through her guardian ad litem
TYESHINA SYKES and JOHNNY NASH


J. STEPHANIE KRMPOTIC, SBN 128671
LEEH A. DIBELLO, SBN 214349
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:    (415) 981-6630
Facsimile:    (415) 982-1634
jskrmpotic@lowball.com
ldibello@lowball.com

Attorneys for Defendants/Counter-Claimants
DONALD JAMES SHEA, an individual and
KUNKEL TRUCK LINES, INC., a South Dakota Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| TYESHINA SYKES, an individual; and JLS, by and through her guardian ad litem TYESHINA SYKES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD JAMES SHEA, an individual; KUNKEL TRUCK LINES, INC., a South Dakota Corporation; and DOES 1-30;<br><br>Defendants. | Case No. 2:16-CV-02851-WBS-GGH<br>(Unlimited Jurisdiction)<br><br>*The Honorable Judge William B. Shubb*<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF THE COMPLAINT FILED BY PLAINTIFFS AND COUNTER-COMPLAINT FILED BY DEFENDANTS**<br><br><br>Action Filed:  June 3, 2016 |

AND RELATED ACTIONS.

### **STIPULATION OF THE PARTIES**

Plaintiff/Counter-Defendant Tyeshina Sykes and Plaintiff JLS by and through her guardians ad litem Tyeshina Sykes and Johnny Nash, through their counsel of record, hereby stipulate that the complaint against Defendants/Counter-Claimants Donald James Shea and Kunkel Truck Lines, Inc. may be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A).

Defendants/Counter-Claimants Donald James Shea and Kunkel Truck Lines, Inc., through their counsel of record, hereby stipulate that the counter-complaint against Plaintiff/Counter -Claimant Tyeshina Sykes may be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2)

The Parties further stipulate that the parties shall bear their own attorneys' fees, expenses and costs.

**IT IS SO STIPULATED**.

Dated July 16, 2018                BANAFSHEH DANESH & JAVID, PC


By_____*/s/ Normandy Kidd*_____
    SHAWN J. McCANN
    LAUREN E.S. HORWITZ
    NORMANDY KIDD
    Attorneys for Plaintiff/Cross-Defendant
    TYESHINA SYKES, an individual, and Plaintiff
    JLS, by and through her guardian ad litem
    TYESHINA SYKES and JOHNNY NASH

| | | |
|---|---|---|
| Dated July 16, 2018 | | LOW, BALL & LYNCH |

By  /s/ Leeh A. DiBello
_____
J. STEPHANIE KRMPOTIC
LEEH A. DIBELLO Attorneys for
Defendants/Counter-Claimants
DONALD JAMES SHEA, an individual and
KUNKEL TRUCK LINES, INC., a South Dakota
Corporation

**PURSUANT TO THE STIPULATION,**

                                            **IT IS SO ORDERED.**

**Dated: July 18, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE